**Order entered January 29, 2020**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00858-CR

**JOSHUA RYAN FLANAGIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32550CR**

## ORDER

The reporter's record was due September 17, 2019. The Court has granted three extensions of time to file the record but the reporter's record has not yet been filed, now more than twenty days after the third extended due date, and we have not received any explanation for this failure.

In our last order, we cautioned court reporter Julie Vrooman that the failure to file the reporter's record by January 6, 2020 might result in the Court ordering she not sit until the reporter's record is filed.

We **ORDER** that court reporter Julie C. Vrooman **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, official court reporter, 354th Judicial District Court; to the Hunt County Auditor's Office, and to counsel for all parties.

/s/      CORY L. CARLYLE
             JUSTICE